UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD SPAIN,

        Plaintiff,

  v.

GRANITE STATES INSURANCE COMPANY,

        Defendant.
_____/

**NEW CASE NO. 1:15-cv-1071-BAM**

ORDER ASSIGNING CASE
RE PRESIDING JUDGE

Old Case No. 1:15-cv-1071 LJO-BAM

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action. Plaintiff Richard Spain filed his notice of consent on August 17, 2015 and Defendant Granite States Insurance Company filed its notice of consent on November 2, 2015, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 5, 9).

    All future pleadings shall be numbered as follows:

           **1:15-cv-1071 BAM**

**IT IS SO ORDERED**
**Dated: November 3, 2015**

                                  **/s/ Lawrence J. O'Neill**
                                  **United States District Judge**