Michael J. Leahy (Bar No. 82247)
  *mleahy@hbblaw.com*
Christopher Kendrick (Bar No. 162869)
  *ckendrick@HBBLAW.com*
Gregory M. Smith (Bar No. 259971)
  *gsmith@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant, GRANITE STATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD SPAIN,<br><br>             Plaintiff,<br><br>     v.<br><br>GRANITE STATES INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 1:15-CV-01071-LJO-BAM<br><br>**STIPULATION TO ATTEND PRIVATE MEDIATION IN LIEU OF SETTLEMENT CONFERENCE [PROPOSED] ORDER THEREON**<br><br>BARBARA A. McAULIFFE<br>U.S. MAGISTRATE JUDGE |

TO THE HONORABLE COURT:

1.     WHEREAS in its Scheduling Conference Order the Court set a Settlement Conference for 10:30 A.M. at April 20, 2016 with Magistrate Judge Erica P. Grosjean;

2.     WHEREAS the parties have agreed to attend mediation with Judge Richard Stone (Ret.) at 9:00 A.M. on April 28, 2016;

3.     WHEREAS the parties believe that mediation with Judge Stone gives them the best chance to resolve this matter at the present time.

4.     THE PARTIES HEREBY STIPULATE and agree that they will mediate with Judge Stone as scheduled.

AI50-0000007
11917173.1                                          1

5.   THE PARTIES FURTHER STIPULATE that they will bargain in good faith to resolve this litigation.

6.   The parties request that this Court permit the stipulated mediation in lieu of the settlement conference.

Dated:  April 12, 2015          HAIGHT BROWN & BONESTEEL LLP

By:   /s/ *Gregory M. Smith*
Michael J. Leahy
Christopher Kendrick
Gregory M. Smith
Attorneys for Defendant, GRANITE STATE INSURANCE COMPANY

Dated:  April 12, 2015          BLUMBERG LAW CORPORATION

By:   /s/ *David L. Margulies*
David L. Margulies
Attorneys for Plaintiff, RICHARD SPAIN

ORDER

Good Cause having been shown, it is hereby Ordered that the parties in this matter shall attend mediation with Judge Richard Stone (Ret.) and the Settlement Conference set for April 20, 2016 at 10:30 a.m. before Judge Grosjean is Vacated.

IT IS SO ORDERED.

Dated:  **April 13, 2016**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Haight