1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| RICHARD SPAIN, | Case No. 1:15-CV-01071-BAM |
|         Plaintiff, | **ORDER TO DISMISS** |
|      v. | CTRM: #8 (6th Floor) |
| GRANITE STATES INSURANCE COMPANY; and DOES 1 through 25, inclusive, | |
|         Defendants. | |

     Pursuant to the stipulation of the parties, this matter is ordered dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   **May 10, 2016**              /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE